# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Robert H Thompson § | Case No. 15-11488 |
| Ernestine Thompson § | |
| § | |
| Debtors § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/05/2017 in Courtroom ,
Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2017               By: /s/ Zane L. Zielinski
                                          Chapter 7 Trustee


*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Robert H Thompson § Case No. 15-11488
Ernestine Thompson §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 863.68 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 843.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 215.92 | $ 0.00 | $ 215.92 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 2.94 | $ 0.00 | $ 2.94 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 218.86 |
| Remaining Balance | $ 624.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,577.55 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 197.21 | $ 0.00 | $ 8.45 |
| 2 | American Infosource Lp As Agent For | $ 806.93 | $ 0.00 | $ 34.59 |
| 3 | Discover Bank | $ 13,573.41 | $ 0.00 | $ 581.78 |

Total to be paid to timely general unsecured creditors     $ 624.82

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Robert H Thompson
Ernestine Thompson
      Debtors

Case No. 15-11488-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nbatson     Page 1 of 1     Date Rcvd: Apr 10, 2017
                      Form ID: pdf006    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
db/jdb     +Robert H Thompson,    Ernestine Thompson,    824 Greenfield St,    Joliet, IL 60433-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23465230     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2017 01:23:50
      American InfoSource LP as agent for,   Presence Health,   PO Box 248838,   Oklahoma City, OK   73124-8838
23601462     E-mail/Text: mrdiscen@discover.com Apr 11 2017 01:25:24     Discover Bank,   Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
                                                                                            TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
         Stephen J West     on behalf of Debtor 1 Robert H Thompson tmalaw@sjwlawott.com
         Stephen J West     on behalf of Debtor 2 Ernestine  Thompson tmalaw@sjwlawott.com
         Thomas H Griseta    on behalf of Trustee Zane  Zielinski, Trustee ,  bharlow@wfactorlaw.com
         Timothy R Yueill    on behalf of Creditor    CITIMORTGAGE, INC, timothyy@nevellaw.com
         Zane  Zielinski, Trustee     trustee@zanezielinski.com,   zzielinski@ecf.epiqsystems.com
         Zane L. Zielinski    on behalf of Trustee Zane  Zielinski, Trustee zzielinski@wfactorlaw.com,
           zzielinski@ecf.epiqsystems.com
                                                                                                                             TOTAL: 7