# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Robert H Thompson | § | Case No. 15-11488 |
| Ernestine Thompson | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 55,000.00 *(Without deducting any secured claims)* | Assets Exempt: 34,363.00 |
| Total Distributions to Claimants: 624.82 | Claims Discharged Without Payment: 70,946.73 |
| Total Expenses of Administration: 238.86 | |

3) Total gross receipts of $ 863.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 863.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 48,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 238.86 | 238.86 | 238.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,406.00 | 14,577.55 | 14,577.55 | 624.82 |
| **TOTAL DISBURSEMENTS** | $ 70,606.00 | $ 14,816.41 | $ 14,816.41 | $ 863.68 |

4) This case was originally filed under chapter 7 on 03/31/2015 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2017              By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Probate Estate | 1229-000 | 863.68 |
| **TOTAL GROSS RECEIPTS** | | **$ 863.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage PO Box 6243 Sioux Falls, SD 57117-6243 | | 48,200.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 48,200.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 215.92 | 215.92 | 215.92 |
| Zane L. Zielinski, Trustee | 2200-001 | NA | 2.94 | 2.94 | 2.94 |
| The Bank of New York Mellon | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 238.86 | $ 238.86 | $ 238.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elan Financial Services % United Recovery Systems LP PO Box 722929 Houston, TX 77272-2929 | | 5,380.00 | NA | NA | 0.00 |
| | Hari P Gadde MD 330 N Madison St L11 Joliet, IL 60435 | | 39.00 | NA | NA | 0.00 |
| | JPMorgan Chase Bank % United Recovery Systems LP 5800 N Course Dr Houston, TX 77072 | | 3,359.00 | NA | NA | 0.00 |
| | Southwest Respiratory Associates 3045 Theodore St Joliet, IL 60435-5191 | | 16.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 39.00 | 197.21 | 197.21 | 8.45 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 806.93 | 806.93 | 34.59 |
| 3 | Discover Bank | 7100-000 | 13,573.00 | 13,573.41 | 13,573.41 | 581.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 22,406.00 | $ 14,577.55 | $ 14,577.55 | $ 624.82 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-11488 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Robert H Thompson | | | | Date Filed (f) or Converted (c): | 03/31/2015 (f) |
| | Ernestine Thompson | | | | 341(a) Meeting Date: | 04/30/2015 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 08/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 824 Greenfield St, Joliet Il 60433 | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. First Midwest | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest | 20.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 800.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 60.00 | 0.00 | | 0.00 | FA |
| 6. Pension - Caterpillar | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Dodge | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 1990 Buick | 500.00 | 0.00 | | 0.00 | FA |
| 9. Probate Estate (u) | 0.00 | 0.00 | | 863.68 | FA |
| 10. State Farm Life Insurance Policy (u) | 676.00 | 0.00 | | 0.00 | FA |
| 11. Lincoln Heritage life (u) | 207.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $89,363.00   $0.00   $863.68   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating a probate case.

UST Form 101-7-TDR (10/1/2010)  *(Page: 6)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Location: 824 Greenfield St, Joliet Il 60433 |
| RE PROP # | 2 | -- | Checking Account - First Midwest |
| RE PROP # | 3 | -- | Savings Account - First Midwest |
| RE PROP # | 4 | -- | Miscellaneous Household Goods, Furniture & Furnishings. |
| RE PROP # | 6 | -- | Pension - Caterpillar |
| RE PROP # | 7 | -- | 2000 Dodge |
| RE PROP # | 8 | -- | 1990 Buick |
| RE PROP # | 9 | -- | The Trustee has recovered life insurance proceeds, but the remaining assets from the probate estate did not result in any distribution being available.   Robert Thompson's mother passed away on march 15, 2015. |
| RE PROP # | 10 | -- | This asset was fully exempt. |
| RE PROP # | 11 | -- | This asset was fully exempt. |

Initial Projected Date of Final Report (TFR): 09/30/2016     Current Projected Date of Final Report (TFR): 12/01/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11488 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Robert H Thompson | Bank Name: | Associated Bank |
| | Ernestine Thompson | Account Number/CD#: | XXXXXX4388 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5088 | Transfer of Funds | 9999-000 | $843.68 | | $843.68 |
| 05/08/17 | 5002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Incorrect Payor | 2200-000 | | ($2.94) | $846.62 |
| 05/08/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $215.92 | $630.70 |
| 05/08/17 | 5002 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $2.94 | $627.76 |
| 05/08/17 | 5003 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Distribution | | | $43.04 | $584.72 |
| | | American Infosource Lp As Agent For | Final distribution to claim 1 representing a payment of 4.29 % per court order. ($8.45) | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 2 representing a payment of 4.29 % per court order. ($34.59) | 7100-000 | | | |
| 05/08/17 | 5004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 representing a payment of 4.29 % per court order. | 7100-000 | | $581.78 | $2.94 |
| 05/08/17 | 5005 | Zielinski, Zane L.<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Expense Payment to Trustee | 2200-000 | | $2.94 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $843.68 | $843.68 |
| Less: Bank Transfers/CD's | $843.68 | $0.00 |
| Subtotal | $0.00 | $843.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $843.68 |

Page Subtotals: $843.68   $843.68

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-11488 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Robert H Thompson | Bank Name: The Bank of New York Mellon | |
| Ernestine Thompson | Account Number/CD#: XXXXXX5088 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2035 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/15 | 9 | United Insurance Company of America<br>12115 Lackland Road<br>Saint Louis, Missouri 63146 | Inheritance | 1229-000 | $863.68 | | $863.68 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $853.68 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $843.68 |
| 07/14/15 | | Transfer to Acct # xxxxxx4388 | Transfer of Funds | 9999-000 | | $843.68 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $863.68 | $863.68 |
| Less: Bank Transfers/CD's | $0.00 | $843.68 |
| Subtotal | $863.68 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $863.68 | $20.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*    Page Subtotals:    $863.68    $863.68

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX4388 - Checking | $0.00 | $843.68 | $0.00 |
| XXXXXX5088 - Checking | $863.68 | $20.00 | $0.00 |
| | $863.68 | $863.68 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $863.68 |
| Total Gross Receipts: | $863.68 |

Page Subtotals:                                    $0.00            $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*